*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


# MEMORANDUM OPINION

No. 04-10-00458-CV

**IN RE** Johanna **BENAVIDES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Rebecca Simmons, Justice
             Marialyn Barnard, Justice

Delivered and Filed: August 11, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On June 17, 2010, relator Johanna Benavides filed a petition for writ of mandamus, seeking to set aside the trial court's March 1, 2010 Order for Temporary Orders Pending Appeal. Relator complains the trial court improperly granted temporary orders pending the appeal in Cause No. 04-10-00438-CV that was filed by real party in interest Edward Benavides. However, on July 14, 2010, this court dismissed the appeal in Cause No. 04-10-00438-CV. Therefore, the petition for writ of

---

[1] This proceeding arises out of Cause No. 2008CI11998, styled *In the Matter of the Marriage of Johanna Benavides Petitioner and Edward Reyna Benavides Respondent and In the Interest of A.E.B., A Child,* pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding. However, the order complained of was signed by the Honorable Peter Sakai, presiding judge of the 225th Judicial District Court, Bexar County, Texas.

mandamus is now moot.  Accordingly, the petition for writ of mandamus is **DENIED AS MOOT**.

*See* TEX. R. APP. P. 52.8(a).

PER CURIAM